# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Marquis Thomas

                    Plaintiff,

v.                                                 Case No.: 3:23–cv–50019

                                                   Honorable Iain D. Johnston

Brittany Greene

                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 30, 2024:

        MINUTE entry before the Honorable Iain D. Johnston: Respondent's motion to dismiss [36] is denied without prejudice. Upon reviewing the parties' filings, the Court calls for a full answer from Respondent. Respondent may renew any affirmative defense desired in the answer. Respondent's answer is due by September 30, 2024. Petitioner's reply is due by October 31, 2024. Respondent shall also file the full state court record including the report of proceedings, common law record, state court rulings and briefs. The Court wants the full record filed in one docket entry in the record in a logical order so that the record on appeal is clear and a party accessing the record is not required to jump around multiple docket entries. The Court appreciates that Petitioner is alleging actual innocence and has done so as a grounds to excuse any untimeliness. The parties, when briefing the petition via the answer and reply should distinguish between actual innocence as a substantive claim raised in Claim Two and actual innocence to excuse procedural default. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.